IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAUREE JANKOWSKI,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>　　　　　　Defendant. | **4:23CV3168**<br><br>**MEMORANDUM AND ORDER** |

Plaintiff filed her Complaint in this matter on September 7, 2023, while she was incarcerated. Filing No. 1. On September 12, 2023, the Court directed Plaintiff to submit the $402.00 fees to the Clerk's office or submit a request to proceed in forma pauperis ("IFP") within 30 days. Filing No. 4. On September 20, 2023, Plaintiff filed what the Court has docketed as a motion, Filing No. 5, requesting to use the same IFP affidavit that she filed in June 2023 in her other cases: Case Nos. 4:23CV3104, 4:23CV3111, 4:23CV3112, and 4:23CV3113. See, e.g., Filing No. 5, Case No. 4:23CV3104. Plaintiff then filed a change of address on October 10, 2023, indicating that she is no longer incarcerated. See Filing No. 6.

Since Plaintiff is no longer incarcerated, she cannot rely on her previous IFP affidavits she filed when she was incarcerated. Instead, she must now file a new application for leave to proceed in forma pauperis if she wishes to pursue this case in forma pauperis. Plaintiff may, in the alternative, pay the Court's $402.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion to use her previously filed IFP affidavits, Filing No. 5, is denied.

2. Plaintiff must either file a request for leave to proceed in forma pauperis or pay the Court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

3. The Clerk of the Court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

4. The Clerk of the Court is directed to set a pro se case management deadline with the following text: **November 13, 2023**: deadline for Plaintiff to file IFP application or pay filing fee.

Dated this 13th day of October, 2023.

BY THE COURT:

*(signature)*

Joseph F. Bataillon
Senior United States District Judge