IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAUREE JANKOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>Defendant. | 4:23CV3168<br><br>MEMORANDUM AND ORDER |

On December 12, 2024, the Court conducted an initial review of Plaintiff's Complaint, Filing No. 1, and determined it was deficient. The Court directed Plaintiff to correct the deficiency by either filing a copy of her right-to-sue notice or amending her complaint to allege whether she exhausted her administrative remedies within 30 days. Filing No. 12. To date, Plaintiff has not filed a copy of her right-to-sue notice or an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for the reasons stated in the Court's December 12, 2024, Memorandum and Order and because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 17th day of January, 2025.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge